UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14401-CIV-JEM

DYSHONA MCDONALD,

    Plaintiff,

v.

WATERFORD HOTEL GROUP, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE 15), and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this matter is hereby **DISMISSED WITH PREJUDICE.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of March 2021.

_____
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**